PHILLIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $19,500.00 IN U.S. CURRENCY,<br><br>    Defendant. | 2:21-CV-00681-JAM-KJN<br><br>ORDER TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM JUNE 25, 2021 TO SEPTEMBER 24, 2021 |

Pursuant to the United States' Request to Extend the Deadline to file a Joint Status Report, the Court finds that there is good cause to extend the deadline to file a Joint Status Report from June 25, 2021 to September 24, 2021.

IT IS SO ORDERED.


DATED: June 23, 2021                /s/ John A. Mendez
                                    _____
                                    THE HONORABLE JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT JUDGE